## KING v. LYMAN.

PRACTICE IN THE SUPREME COURT: EXCEPTION TO INSTRUCTIONS: ASSIGN-
MENT OF ERROR.

*Appeal from Buchanan Circuit Court.*

WEDNESDAY, JUNE 6.

ACTION to recover for certain real estate alleged to have been sold by defendant for plaintiff. Judgment for plaintiff. Defendant appeals.

*Jamison & Begun* and *O. H. P. Roselle,* for appellant.

*Woodward* and *Lake & Harmon,* for appellee.

ADAMS, J.—The defendant complains of the instructions of the court; but no exception appears to have been reserved, except a general exception to all the instructions in a mass. This is not sufficient. See *McCaleb v. Smith,* 24 Iowa, 591, and cases there cited. We have to say, also, that we find no assignment of error. The case must, therefore, be

AFFIRMED.